IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-02678-MSK-MJW

ERIC SCHWARTZ,

Plaintiff(s),

v.

JENNY E. PADDOCK,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

      It is hereby ORDERED that the plaintiff's Motion to Releace [sic] Transcripts (Docket No. 61) is denied.  Plaintiff seeks an order from this court directing the Clerk's Office in Boulder County to release certain transcripts from a criminal case in that court.  Plaintiff, however, should follow the state court's policies and procedures for ordering any transcripts he seeks from state court.

Date: September 1, 2015